THE INDIANAPOLIS, BLOOMINGTON AND WESTERN R. W. CO.
*v.* BAILEY.

SUPREME COURT.—*Brief.—Dismissal of Appeal.*—Where, on appeal to the Supreme Court, the appellant fails to file a brief within the time prescribed by the rules of that court, the appeal will be dismissed.

From the Montgomery Circuit Court.

BIDDLE, C. J.—This case was submitted on the 24th day of May, 1876.

No brief has been filed by the appellant.

The appeal is dismissed.